IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BEAU ROBERT BERNARD SCHUETTE

    Plaintiff,

vs.

NANCY A. BERRYHILL,

    Defendant.

Civil No. 17-cv-136-JPG-CJP

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Beau Robert Bernard Schuette and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED: December 20, 2017**

        **JUSTINE FLANAGAN,**
        **Acting Clerk of Court**

        BY: *s/Tina Gray*
            **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**